**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-29851 |
| | § | |
| THOMAS M. JEROME | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $185,500.00 | Assets Exempt: | $19,250.00 |
| Total Distributions to Claimants: | $8,165.90 | Claims Discharged Without Payment: | $44,841.86 |
| Total Expenses of Administration: | $1,834.10 | | |

3) Total gross receipts of $10,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $190,104.22 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,834.10 | $1,834.10 | $1,834.10 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $38,486.01 | $41,384.80 | $41,384.80 | $8,165.90 |
| **Total Disbursements** | $228,590.23 | $43,218.90 | $43,218.90 | $10,000.00 |

4). This case was originally filed under chapter 7 on 08/31/2015. The case was pending for 12 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/24/2016          By:   /s/ David P. Leibowitz
                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Insurance check for 11,000.00 for vehicle replacement | 1129-000 | $10,000.00 |
| **TOTAL GROSS RECEIPTS** | | $10,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mortgage | 4110-000 | $190,104.22 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $190,104.22 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $1,750.00 | $1,750.00 | $1,750.00 |
| DAVID P. LEIBOWITZ, Trustee | 2200-000 | NA | $5.25 | $5.25 | $5.25 |
| Green Bank | 2600-000 | NA | $78.85 | $78.85 | $78.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,834.10 | $1,834.10 | $1,834.10 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $15,230.84 | $15,351.67 | $15,351.67 | $3,029.13 |
| 2 | Discover Bank | 7100-900 | $0.00 | $13,866.04 | $13,866.04 | $2,736.00 |
| 3 | Capital One Bank (USA), N.A. | 7100-900 | $7,873.43 | $8,112.46 | $8,112.46 | $1,600.72 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Fifth Third Bank | 7100-900 | $3,758.78 | $4,054.63 | $4,054.63 | $800.05 |
| | Chase | 7100-900 | $1,853.64 | $0.00 | $0.00 | $0.00 |
| | Chase Sapphire | 7100-900 | $9,769.32 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $38,486.01 | $41,384.80 | $41,384.80 | $8,165.90 |

Case 15-29851    Doc 30    Filed 08/30/16    Entered 08/30/16 13:59:44    Desc Main
Document    Page 4 of 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 15-29851-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | JEROME, THOMAS M. | Date Filed (f) or Converted (c): | 08/31/2015 (f) |
| For the Period Ending: | 8/24/2016 | §341(a) Meeting Date: | 10/19/2015 |
| | | Claims Bar Date: | 02/10/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 3440 N. Lake Shore Drive Apt. 4G Chicago, IL 60657 (Condominium) | $200,000.00 | $0.00 | | $0.00 | FA |
| 2 | Checking account - Bank of America | $3,000.00 | $0.00 | | $0.00 | FA |
| 3 | Miscellaneous household furniture 10-15 years old; television; computer | $500.00 | $0.00 | | $0.00 | FA |
| 4 | Clothes, shoes, coats | $250.00 | $0.00 | | $0.00 | FA |
| 5 | IRA/Rollover - American Funds Capital group. Ending value $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Insurance check for 11,000.00 for vehicle replacement | $11,000.00 | $10,000.00 | | $10,000.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$214,750.00     $10,000.00     $10,000.00     $0.00

**Major Activities affecting case closing:**

07/01/2016     TFR sent to UST office for review and approval

**Initial Projected Date Of Final Report (TFR):** 12/31/2016     **Current Projected Date Of Final Report (TFR):** 06/10/2016     /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-29851-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | JEROME, THOMAS M. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3217 | Checking Acct #: | ******5101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/31/2015 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 8/24/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2015 | (6) | Judith Williams | Estate's interest in insurance proceeds | 1129-000 | $10,000.00 | | $10,000.00 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $15.61 | $9,984.39 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $16.11 | $9,968.28 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $15.04 | $9,953.24 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $16.06 | $9,937.18 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $16.03 | $9,921.15 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $15.49 | $9,905.66 |
| 06/01/2016 | | Green Bank | Reverse bank fee | 2600-000 | | ($15.49) | $9,921.15 |
| 07/21/2016 | 3001 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $1,750.00 | $8,171.15 |
| 07/21/2016 | 3002 | DAVID P. LEIBOWITZ | Trustee Expenses | 2200-000 | | $5.25 | $8,165.90 |
| 07/21/2016 | 3003 | Discover Bank | Amount Claimed: 15,351.67; Distribution Dividend: 19.73; Claim #: 1; Dividend: 30.53; Amount Allowed: 15,351.67; Notes: ; | 7100-900 | | $3,029.13 | $5,136.77 |
| 07/21/2016 | 3004 | Discover Bank | Amount Claimed: 13,866.04; Distribution Dividend: 19.73; Claim #: 2; Dividend: 27.57; Amount Allowed: 13,866.04; Notes: ; | 7100-900 | | $2,736.00 | $2,400.77 |
| 07/21/2016 | 3005 | Capital One Bank (USA), N.A. | Amount Claimed: 8,112.46; Distribution Dividend: 19.73; Claim #: 3; Dividend: 16.13; Amount Allowed: 8,112.46; Notes: ; | 7100-900 | | $1,600.72 | $800.05 |
| 07/21/2016 | 3006 | Fifth Third Bank | Amount Claimed: 4,054.63; Distribution Dividend: 19.73; Claim #: 4; Dividend: 8.06; Amount Allowed: 4,054.63; Notes: ; | 7100-900 | | $800.05 | $0.00 |

**SUBTOTALS**    $10,000.00    $10,000.00

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-29851-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | JEROME, THOMAS M. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3217 | Checking Acct #: | ******5101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/31/2015 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 8/24/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $10,000.00 | $10,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $10,000.00 | $10,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $10,000.00 | $10,000.00 | |

| For the period of 8/31/2015 to 8/24/2016 | | For the entire history of the account between 11/30/2015 to 8/24/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,000.00 | Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 | Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $10,000.00 | Total Compensable Disbursements: | $10,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,000.00 | Total Comp/Non Comp Disbursements: | $10,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 3 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-29851-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | JEROME, THOMAS M. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3217 | Checking Acct #: | ******5101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/31/2015 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 8/24/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $10,000.00 | $10,000.00 | $0.00 |

**For the period of 8/31/2015 to 8/24/2016**

| | |
|---|---:|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/31/2015 to 8/24/2016**

| | |
|---|---:|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ